# Court of Appeals
# of the State of Georgia

ATLANTA, September 25, 2012

*The Court of Appeals hereby passes the following order:*

**A13I0018.  PAMELA K. LAWSON v. CRAIG A. RICHMAN, et al.**

Plaintiff Pamela Lawson seeks interlocutory review of the trial court's order granting partial summary judgment to the defendants.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-28 (386 SE2d 884) (1989).  We will grant a timely application for interlocutory appeal if the order complained of is subject to direct appeal and the applicant has not otherwise filed a timely notice of appeal. *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004).  Accordingly, this interlocutory application is hereby GRANTED.  Lawson shall have ten days from the date of this order to file a notice of appeal in the trial court.  If she has already filed a notice of appeal from the order at issue here, she need not file a second notice.  The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta, 09/25/2012
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*